FILED
AUG - 4 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY LMH DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>FLORA PATRICIA SOLA (2),<br><br>  Defendant. | Case No.: 15cr1930-CAB<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed without prejudice as to defendant Flora Patricia Sola.

IT IS SO ORDERED.

DATED: August  4 , 2015

_____
HONORABLE CATHY A. BENCIVENGO
United States District Judge